UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07 CV 12034 RCL

|  |  |
|---|---|
| MARK MEDEIROS AND LORI TAYLOR, <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL CARTER, JUDI HAVENS, AND SEVEN HILLS BEHAVIORAL HEALTH, INC., D/B/A GIFFORD STREET BEHAVIORAL MEDICINE AND HEALTH CLINIC, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice, without costs and all rights of appeal waived.

PLAINTIFFS,
By their Attorney,

_/s/ Carmen L. Durso (KMS)_
Carmen L. Durso BBO# 139340
dursolaw@tiac.net
175 Federal Street, Suite 1425
Boston, MA  02110-228
( 617) 728-9123

Dated: 1/7/10

DEFENDANTS,
By their Attorney,

_/s/ M Carl_
Robert J. Murphy BBO# 363760
RMurphy@MurphyRiley.com
Kevin M. Sullivan BBO# 567914
KSullivan@MurphyRiley.com
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA  02111
(617) 423-3700